UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ESTELA ELIZABETH JEFFCOAT,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKINGS HOUSING & REDEVELOPMENT COMMISSION,<br><br>Defendant. | 4:25-CV-04166-CCT<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff, Estela Elizabeth Jeffcoat, filed a pro se Fair Housing Act lawsuit under 42 U.S.C. § 3601. Docket 1. Jeffcoat moves for leave to proceed in forma pauperis and submitted the required affidavit on August 26, 2025. Docket 2.

A federal court may authorize the commencement of any lawsuit without prepayment of fees when an applicant submits an affidavit stating he or she is unable to pay the costs of the lawsuit. 28 U.S.C. § 1915(a)(1). "[I]n forma pauperis status does not require a litigant to demonstrate absolute destitution." *Lee v. McDonald's Corp.*, 231 F.3d 456, 459 (8th Cir. 2000). But in forma pauperis status is a privilege, not a right. *Williams v. McKenzie,* 834 F.2d 152, 154 (8th Cir. 1987). Determining whether an applicant is sufficiently impoverished to qualify to proceed in forma pauperis under § 1915 is committed to the sound discretion of the district court. *Cross v. Gen. Motors Corp.*, 721 F.2d 1152, 1157 (8th Cir. 1983).

After review of Jeffcoat's financial affidavit, the court finds that she has insufficient funds to pay the filing fee. Thus, Freeman's motion for leave to proceed in forma pauperis (Docket 2) is GRANTED.

Dated August 28, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE