UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ESTELA ELIZABETH JEFFCOAT,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKINGS HOUSING & REDEVELOPMENT COMMISSION,<br><br>Defendant. | 4:25-CV-04166-CCT<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER** |

On August 26, 2025, Plaintiff Estela Elizabeth Jeffcoat commenced a pro se lawsuit against Defendant Brookings Housing & Redevelopment Commission (BHRC), alleging violations of the Fair Housing Act, the Rehabilitation Act, and general Housing and Urban Development program requirements. Docket 1. Ms. Jeffcoat's claims related to BHRC's conduct, including rent calculations, in and around August 2025, and as support she refers to rent calculations from 2023 and 2024. *See generally id.*

On November 25, 2025, the Court issued a Rule 16 scheduling order. Docket 39. The order set October 30, 2026, as the deadline to file all motions, except motions in limine. *Id.* at 3–4.

On September 21, 2026, Ms. Jeffcoat filed a motion for leave to file an amended complaint, Docket 56, and a request to consider that motion in an expedited manner, Docket 59. She also filed a renewed motion for

reconsideration of the Court's order denying her request for disability-related procedural accommodations. Docket 64. These motions remain pending.

On October 28, 2026, BHRC filed the current motion to modify the scheduling order, requesting that the Court extend the deadline to file motions to December 21, 2026. Docket 62. BHRC asserts that good cause exists to modify the scheduling order in this fashion because Ms. Jeffcoat filed but did not serve many motions, including her motion for leave to file an amended complaint; extending the deadline for motions could narrow the issues for trial; and there would be no prejudice to Ms. Jeffcoat because she would also be permitted to file additional motions by the extended deadline. Docket 63 at 2. Ms. Jeffcoat did not file an objection to BHRC's motion, and the time to do so has expired.

When a scheduling order is issued pursuant to Rule 16(b), the "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The primary measure of good cause is the movant's diligence in attempting to meet deadlines." *Albright v. Mountain Home Sch. Dist.*, 926 F.3d 942, 951 (8th Cir. 2019) (citation omitted). The Court finds good cause to amend the scheduling order as requested by BHRC. Ms. Jeffcoat has not served multiple motions in this case on BHRC, including the recent motion to amend the complaint, and allowing additional time for the filing of motions could narrow the issues in the case. Further, Ms. Jeffcoat did not file an objection to BHRC's motion and, thus, has not shown prejudiced would result.

Accordingly, it is hereby

ORDERED that Defendant's motion to modify scheduling order, Docket 62, is granted.

Dated November 24, 2026.

BY THE COURT:

/s/ *Camela C. Theeler*

CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE